certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Conover English* for petitioner. *Mr. Arthur T. Vanderbilt* for respondents.

No. 370. BARBOUR *v.* COMMISSIONER OF INTERNAL REVENUE. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John M. Hudson* for petitioner. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, J. Louis Monarch,* and *Joseph M. Jones* for respondent.

No. 373. LADOGA CANNING CO. *v.* UNITED STATES. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Harold K. Bachelder, William C. Bachelder,* and *Edwin H. Chaney* for petitioner. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark, Mr. Oscar A. Provost,* and *Miss Melva M. Graney* for the United States.

No. 378. GLEMBY CO., INC. ET AL. *v.* MONOGRAM MANUFACTURING CO. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Asher Blum* for petitioners. *Mr. Henry T. Hornidge* for respondent.

No. 379. DEGNAN *v.* COMMISSIONER OF INTERNAL REVENUE. October 25, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Raymond G. Wright, Clarence R. Innis,*